| Attorney or Party Name, Address, Telephone and FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Maria V. Primushko, Esq.**<br>**5301 Laurel Canyon Blvd.**<br>**Suite 214**<br>**Valley Village, CA 91607**<br>**(818) 760-8292 Fax: (818) 760-8161**<br>California State Bar Number: **252105**<br><br>*Attorney for DEBTOR/PLAINTIFF* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Svetlana Akmatova**

Debtor(s).

| | |
|---|---|
| **SVETLANA AKMATOVA,**<br><br>Plaintiff(s),<br><br>vs.<br><br>**BANK OF AMERICA, N.A.**<br><br>Defendant(s). | CHAPTER: **13**<br>CASE NO.: **2:10-bk-13519-VZ**<br>ADVERSARY NO.: **2:10-ap-02211-VZ**<br>DATE: **9/09/2010**<br>TIME: **10:00 am**<br>PLACE: **255 E. Temple St., CRTM 1368**<br>**Los Angeles, CA 90012** |

## UNILATERAL STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☐ Yes  ☒ No

3. Have all motions addressed to the pleadings been resolved?  ☒ Yes  ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☐ Yes  ☒ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on an attached page)*:
   **On more than three (3) occasions, my office called (888) 702-1161 and asked to speak with Falena L. Bryden, signor on the Defendant's Proof of Claim. Messages were left but no return call received.**
   *(Continued on next page)*

---

*Revised August 2005* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

Joint Status Report - *Page 2*                                                                      F 7016-1.1

| In re  **Svetlana Akmatova** | CHAPTER: **13** |
|---|---|
| | CASE NO.: **2:10-bk-13519-VZ** |
| Debtor(s). | ADVERSARY NO.: |

**B.** **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                                                                          <u>Defendant</u>
   **10/09/2010**

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay:

   <u>Plaintiff</u>                                                                          <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                                                                          <u>Defendant</u>
   **09/30/2010**

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                                                                          <u>Defendant</u>
   **None**

**C.** **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

   <u>Plaintiff</u>                                                                          <u>Defendant</u>
   **1 hour**

2. How many witnesses do you intend to call at trial (including opposing parties)?

   <u>Plaintiff</u>                                                                          <u>Defendant</u>
   **2**

3. How many exhibits do you anticipate using at trial?

   <u>Plaintiff</u>                                                                          <u>Defendant</u>
   **2**

*(Continued on next page)*

*Revised August 2005*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                     Best Case Bankruptcy

Joint Status Report - *Page 3* | F 7016-1.1

| In re<br>**Svetlana Akmatova**<br><br>Debtor(s). | CHAPTER: **13**<br>CASE NO.: **2:10-bk-13519-VZ**<br>ADVERSARY NO.: |
|---|---|

**D.  PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff
Pre-trial conference ☐(is)/☒(is not) requested.
Reasons: **Defendant's own proof of claim indicates the value of their secured claim is $0.00. Thus, it is apparent that Defendant does not wish to contend our claimed value.**

Defendant
Pre-trial conference ☐(is)/☐(is not) requested.
Reasons:

Plaintiff
Pre-trial conference should be set <u>after</u>:
(date) _____

Defendant
Pre-trial conference should be set <u>after</u>:
(date) _____

**E.  SETTLEMENT:**

1. What is the status of settlement efforts?
   **As indicated above, it has not been possible to put forth settlement efforts when the signor of the proof of claim as filed by Defendant does not come forward to engage in settlement negotiations.**

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff    ☐ Yes  ☒ No           Defendant    ☒ Yes  ☐ No

*(Continued on next page)*

*Revised August 2005*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

Joint Status Report - *Page 4*  **F 7016-1.1**

| In re | CHAPTER: **13** |
|---|---|
| **Svetlana Akmatova** | CASE NO.: **2:10-bk-13519-VZ** |
| Debtor(s). | ADVERSARY NO.: |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated:  8/24/2010

**Law Offices of Maria V. Primushko**
*Firm Name*

By:  /s/ Maria Primushko

Name:  **Maria V. Primushko, Esq. 252105**

Attorney for:  **Svetlana Akmatova**

---

*Revised August 2005*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

Joint Status Report - *Page 5*   F 7016-1.1

| In re<br>**Svetlana Akmatova**<br><br>Debtor(s). | CHAPTER: **13**<br>CASE NO.: **2:10-bk-13519-VZ**<br>ADVERSARY NO.: |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**LAW OFFICE OF MARIA V. PRIMUSHKO**
**5301 Laurel Canyon Blvd. Suite 214**
**Valley Village, CA 91607**

A true and correct copy of the foregoing document described as __**UNILATERAL STATUS CONFERENCE REPORT**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __**8/24/2010**__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| **Bank of America, N.A.**<br>c/o FALENA L. BRYDEN<br>PO Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 | **BAC Home Loans Servicing, LP**<br>Fka Countrywide Home Loans Servicing<br>c/o Mark T. Domeyer, Esq.<br>Miles, Bauer, Bergstrom & Winters LLP<br>1231 E. Dyer Road, Ste 100<br>Santa Ana, CA  92705 | **United States Trustee (LA)**<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017 |
|---|---|---|
| **Nancy K Curry**<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014 | **Svetlana Akmatova**<br>525 S Ardmore Ave #256<br>Los Angeles, CA 90020 | **Maria V Primushko**<br>5301 Laurel Canyon Bl Ste 214<br>Valley Village, CA 91607 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/24/10 | **NORMA MENDOZA** | /s/ Norma Mendoza |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

*Revised August 2005*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 7016-1.1**