| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar No. | FOR COURT USE ONLY |
|---|---|
| **Maria V. Primushko, Esq.**<br>**LAW OFFICE OF MARIA V. PRIMUSHKO**<br>**5301 Laurel Canyon Blvd.**<br>**Suite 214**<br>**Valley Village, CA 91607**<br>**(818) 760-8292 Fax: (818) 760-8161**<br>California State Bar No.: **252105**<br><br><br>*Attorney for Debtor/Plaintiff* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| | |
|---|---|
| In re:<br><br>     **Svetlana Akmatova**<br><br><div align="right">Debtor.</div> | |
| **SVETLANA AKMATOVA**<br><br><div align="right">Plaintiff(s),</div> | CHAPTER: **13**<br><br>CASE NO.: **2:10-bk-13519-VZ**<br><br>ADVERSARY NO.: **2:10-ap-02211-VZ** |
| <div align="center">vs.</div><br><br>**BANK OF AMERICA, N.A.**<br><br><div align="right">Defendant(s).</div> | <div align="center">(No Hearing Required)</div> |

<div align="center">

# MOTION FOR DEFAULT JUDGMENT
# UNDER LOCAL BANKRUPTCY RULE 9021-1

</div>

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1.  Name of Defendant(s) against whom default judgment is sought *(Name)*: **BANK OF AMERICA, N.A.**

2.  Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*:  07/06/2010

3.  The Summons and Complaint were served on Defendant by ☐ Personal Service     ☒ Mail Service
    on the following date *(specify date)*: 8/02/2010

4.  A conformed copy of the completed Return of Summons form is attached hereto.

5.  The time for filing an Answer or other response expired on *(specify date)*: 8/06/2010

6.  No Answer or other response has been filed or served by Defendant.

7.  The default of Defendant:
    a.  ☒  Has not yet been entered, but is hereby requested
    b.  ☐  Was entered on *(specify date)*:

8.  **A Status Conference:**
    a.  ☒  Is scheduled for *(specify date, time and place)*: 9/09/2010 @ 10:00 am @ CRTM 1368
    b.  ☐  Was held on *(specify date, time and place)*:

---

*Rev. 5/98* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.          **F 9021-1.3**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

Motion for Entry of Default Judgment under Local Bankruptcy Rule 9021-1 - Page 2

**9021-1.3**

| In re<br>     **Svetlana Akmatova** | CHAPTER: **13** |
|---|---|
| Debtor. | CASE NO.: **2:10-bk-13519-VZ** |

9.  As proof that Plaintiff is entitled to the relief requested in the Complaint, Plaintiff:

a.  ☒  Relies on the Complaint and documents attached thereto.

b.  ☐  Attaches the following documents to establish a prima facie case:

   (1)  ☐  Declaration of *(specify)*:

   (2)  ☐  Declaration of *(specify)*:

   (3)  ☐  Other *(specify)*:

10. ☐  As further support for entry of a Default Judgment, Plaintiff submits a Memorandum of Points and Authorities *(Optional)*.

11. **DECLARATION OF NON-MILITARY STATUS**: No defendant named in Paragraph 1 above is in the military service so as to be entitled to the benefits of the Service members Civil Relief Act (Pub. L. 108-189) (50 U.S. Code App §§ 501-594). The undersigned declares under penalty of perjury that this statement of defendant's non-military status is true and correct and is made under penalty of perjury under the laws of the United States of America based upon the undersigned's review of said Defendant's Statement of Affairs and Statement of Income and Expenditures filed in this case and is based upon the undersigned's lack of any information or belief that there has been any change of circumstances as to defendant's non-military status.

12. Defaulting party is not an infant or incompetent party.

WHEREFORE, Plaintiff prays that this Court enter a Default Judgment in favor of Plaintiff.  A Copy of the proposed Default Judgment is submitted herewith and has been served.

Dated:  9/05/2010                                        Respectfully submitted,

                                                         **Law Offices of Maria V. Primushko**
                                                         *Firm Name*


                                                         By:     /s/ Maria V. Primushko


                                                         Name:   **Maria V. Primushko, Esq. 252105**
                                                                 *Attorney for Plaintiff or Plaintiff*

*Rev. 5/98* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.3**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

Motion for Entry of Default Judgment under Local Bankruptcy Rule 9021-1 - Page 3

**9021-1.3**

| In re | CHAPTER: **13** |
|---|---|
| **Svetlana Akmatova** | |
| Debtor. | CASE NO.: **2:10-bk-13519-VZ** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**LAW OFFICE OF MARIA V. PRIMUSHKO**
**5301 Laurel Canyon Blvd. Suite 214**
**Valley Village, CA 91607**

A true and correct copy of the foregoing document described as  **REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 9021-1**      will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/05/10**   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

**U.S. TRUSTEE (LA):** ustpregion16.la.ecf@usdoj.gov
**CREDITOR**: mdomeyer@mileslegal.com
**CHAPTER 13 TRUSTEE:** ecfnc@trustee13.com
**Debtor's Counsel:** prim_mar@yahoo.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **9/05/2010**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Bank of America, N.A.**<br>c/o FALENA L. BRYDEN<br>PO Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 | **BAC Home Loans Servicing, LP**<br>Fka Countrywide Home Loans Servicing<br>c/o Mark T. Domeyer, Esq.<br>Miles, Bauer, Bergstrom & Winters LLP<br>1231 E. Dyer Road, Ste 100<br>Santa Ana, CA  92705 | **Svetlana Akmatova**<br>525 S Ardmore Ave #256<br>Los Angeles, CA 90020 |
|---|---|---|

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/05/10 | **NORMA MENDOZA** | **/s/ Norma Mendoza** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

*Rev. 5/98* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.3**

Motion for Entry of Default Judgment under Local Bankruptcy Rule 9021-1 - Page 4

**9021-1.3**

| In re | CHAPTER: **13** |
|---|---|
| **Svetlana Akmatova** | |
| Debtor. | CASE NO.: **2:10-bk-13519-VZ** |

*Rev. 5/98* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.3**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy