1  MARIA V. PRIMUSHKO (CBN NO. 252105)
   E-Mail: prim_mar@yahoo.com
2  **Law Offices of Maria V. Primushko**
   5301 Laurel Canyon Blvd., Suite 214
3  Valley Village, CA 91607
   Telephone: (818) 760-8292
4  Facsimile: (818) 760-8161

5  Attorney for Debtor,
   Svetlana Akmatova
6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                          LOS ANGELES DIVISION

10

11 In re:                          ) Case No.: 1:10-bk-13519-VZ
                                   ) Adv. P. No.: 2:10-ap-02211-VZ
12 SVETLANA AKMATOVA,              )
                                   ) CHAPTER 13
13       Debtor.                   )
                                   ) **STIPULATION BETWEEN CREDITOR
14                                 ) BANK OF AMERICA N.A. AND
                                   ) DEBTOR, SVETLANA AKMATOVA
15                                 ) REGARDING TREATMENT OF
                                   ) CREDITOR'S CLAIM AS A NON
16 SVETLANA AKMATOVA,              ) PRIORITY GENERAL UNSECURED
                                   ) CLAIM AND TO BE PAID AS SUCH IN
17       Plaintiff                 ) ACCORDANCE WITH THE DEBTOR'S
                                   ) PLAN**
18 vs.                             )
                                   )
19 BANK OF AMERICA,                )
                                   )
20       Defendant.                )
                                   )
21                                 )

22

23 TO THE HOHORABLE VINCENT ZURZOLO, UNITED STATES BNKRUPTCY JUDGE,

24 CHAPTER 13 TRUSTEE, BANKOF AMERICA, AND ALL OTHER INTERESTED

25 PARTIES:

26

27

28 ───────────────────────────────── 1 ─────────────────────────────────
   **STIPULATION BETWEEN CREDITOR BANK OF AMERICA N.A. AND DEBTOR,
   SVETLANA AKMATOVA REGARDING TREATMENT OF CREDITOR'S CLAIM AS
   A NON PRIORITY GENERAL UNSECURED CLAIM AND TO BE PAID AS SUCH IN
   ACCORDANCE WITH THE DEBTOR'S PLAN**

## I.

## FACTS

This Stipulation is entered into by and between Svetlana Akmatova (hereinafter referred to as "Debtor"), by and through her attorney of record, Maria V. Primushko, and Bank of America N.A. (hereinafter referred as to "Creditor"), by and trough its authorized representative/officer, Craig Andrew, Assistant Vice President.

## II.

## RECITALS

Debtor is the maker of a Note in favor of Creditor, dated December 11, 2006 in the original principal amount of $78,800.00 ("Note") and current amount of $88,284.20 per submitted proof of claim, which is secured by a Second Deed of Trust encumbering the real property at 525 S. Ardmore Avenue, #256, Los Angeles, CA 90020 (the "Subject Property"). The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan".

A. On or about February 1, 2010, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District and was assigned a case number 2:10-bk-13519-VZ.

B. On or about July 6, 2010, Debtor filed an Adversary Proceeding against Creditor praying that the court find Creditor's Deed of Trust encumbering the Subject Property be avoided and that its claim be paid as an unsecured.

////
///
//

---

2

**STIPULATION BETWEEN CREDITOR BANK OF AMERICA N.A. AND DEBTOR, SVETLANA AKMATOVA REGARDING TREATMENT OF CREDITOR'S CLAIM AS A NON PRIORITY GENERAL UNSECURED CLAIM AND TO BE PAID AS SUCH IN ACCORDANCE WITH THE DEBTOR'S PLAN**

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. Creditor's claim shall be allowed as a non-priority general unsecured claim and shall be paid as such in accordance with the Debtor's Plan; Creditor shall release its lean in compliance with the Title 11 of the United States Code, section 506 (a),(b),(c), and (d);

2. The avoidance of Creditor's Second Deed of Trust is contingent upon the Debtor's completion of their Chapter 13 plan and Debtor's receipt of a Chapter 13 discharge;

3. Upon receipt of the Debtor's Chapter 13 discharge and completion of her Chapter 13 Plan, the Judgment may be recorded by the Debtor with the Los Angeles County Recorder's Office;

4. Creditor shall retain its lien for the full amount due under the Subject Loan should the Subject Property be sold or should a refinance take place prior to Plan completion and entry of a Discharge;

5. Creditor shall retain its lien for the full amount due under the Subject Loan should the hardship discharge be requested by Debtor and granted by court;

6. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of the Debtor's Chapter 13 case or the conversion of the Debtor's Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

7. In the event that any entity, including the holder of the first lien on the Subject Property, forecloses on its security interest and extinguishes Creditor's Deed of Trust prior to the Debtor's completion of her Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale;

8. Each party shall bear their own attorney's fees and costs uncured in the present adversary case number 2:10-ap-02211-VZ.

///

---

3

**STIPULATION BETWEEN CREDITOR BANK OF AMERICA N.A. AND DEBTOR, SVETLANA AKMATOVA REGARDING TREATMENT OF CREDITOR'S CLAIM AS A NON PRIORITY GENERAL UNSECURED CLAIM AND TO BE PAID AS SUCH IN ACCORDANCE WITH THE DEBTOR'S PLAN**

1  IT IS SO STIPULATED:

LAW OFFICE OF MARIA V. PRIMUSHKO

Dated: 11/22/2010    By: _____

Maria V. Primushko, Esq.

Attorney for Debtor


BANK OF AMERICA N.A.

Dated: 11/22/10    By: _____

Craig Andrew

Assistant Vice President for

Creditor Bank of America N.A.

Attorney for Debtor

---

4

**STIPULATION BETWEEN CREDITOR BANK OF AMERICA N.A. AND DEBTOR, SVETLANA AKMATOVA REGARDING TREATMENT OF CREDITOR'S CLAIM AS A NON PRIORITY GENERAL UNSECURED CLAIM AND TO BE PAID AS SUCH IN ACCORDANCE WITH THE DEBTOR'S PLAN**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5301 Laurel Canyon Blvd., Suite 214
Valley Village, CA 91607

A true and correct copy of the foregoing document described as STIPULATION BETWEEN CREDITOR BANK OF AMERICA N.A. AND DEBTOR, SVETLANA AKMATOVA REGARDING TREATMENT OF CREDITOR'S CLAIM AS A A NON PRIORITY GENERAL UNSECURED CLAIM AND TO BE PAID AS SUCH IN ACCORDANCE WITH THE DEBTOR'S PLAN
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/22/10, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee ustpregion16.la.ecf@usdoj.gov
Chapter 13 Trustee ecfnc@trustee13.com
Mark Domeyer mdomeyer@mileslegal.com
Alyssa B Klausner abk@sghoalaw.com
Debra J Wilcoxson jmagee@ecmc.org
Patti H Bass ecf@bass-associates.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/22/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Bank Of America, N.A. Attn: Craig Andrew, Assistant Vice President, P.O. Box 26012, NC4-105-03-14
Greensboro, NC 27420
Nancy K. Curry, 606 South Olive Street, Suite 950, Los Angeles, CA 90014

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/22/10, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Honorable Vincent Zurzolo, 255 E. Temple Street, Suite 1360 / Courtroom 1368, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/22/10 | Maria V. Primushko | _/s/ Maria V. Primushko_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**