**MARIA V. PRIMUSHKO (CBN NO. 252105)**
E-Mail: prim_mar@yahoo.com
**Law Offices of Maria V. Primushko**
5301 Laurel Canyon Blvd., Suite 214
Valley Village, CA 91607
Telephone: (818) 760-8292
Facsimile: (818) 760-8161

Attorney for Debtor,
Svetlana Akmatova

FILED & ENTERED

NOV 30 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> SVETLANA AKMATOVA, <br><br> Debtor. <br><br>―――――――――――――――― <br><br> SVETLANA AKMATOVA, <br><br> Plaintiff <br><br> vs. <br><br> BANK OF AMERICA, <br><br> Defendant. | Case No.: 1:10-bk-13519-VZ <br> Adv. P. No.: 2:10-ap-02211-VZ <br><br> CHAPTER 13 <br><br> **ORDER APPROVING STIPULATED JUDGMENT RE: MOTION TO VALUE REAL PROPERTY** <br><br> Date: 11/23/2010 <br> Time: 11:00 a.m. <br> Courtroom: 1368 |

1.      Plaintiff, SVETLANA AKMATOVA (hereinafter, "Plaintiff"), filed her Complaint to Determine Value of Real Property and Stay Payments regarding the Junior Lien (the "Complaint") against Defendant, BANK OF AMERICA, N.A. (the "Defendant"), initiating the above-referenced adversary proceeding on July 6, 2010. The Plaintiff and Defendant have stipulated to the entry of judgment with respect to the claim

---

1

**ORDER APPROVING STIPULATED JUDGMENT RE: MOTION TO VALUE REAL PROPERTY**

of the Defendant secured by the Second Deed of Trust on the real property commonly known as 525 S. Ardmore Avenue, #256, Los Angeles, CA 90020 (the "Property").

After reviewing the Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

###

DATED: November 30, 2010

_____
United States Bankruptcy Judge

2

**ORDER APPROVING STIPULATED JUDGMENT RE: MOTION TO VALUE REAL PROPERTY**

Case 2:10-ap-02211-VZ   Doc 7   Filed 11/30/10   Entered 11/30/10 14:35:08   Desc
Main Document    Page 3 of 4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5301 Laurel Canyon Blvd., Suite 214, Valley Village, CA 91607

The foregoing document described as **ORDER APPROVING STIPULATION JUDGMENT RE: MOTION TO VALUE REAL PROPERTY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/24/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
0 Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):** On 11/24/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Vincent Zurzolo**
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Ste 1360
Los Angeles, CA 90012

0 SEE Service information continued on attached page
**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/22/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge his constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
0 Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 24, 2010          Jessica Campos          /s/Jessica Campos

---

3
**ORDER APPROVING STIPULATED JUDGMENT RE: MOTION TO VALUE REAL PROPERTY**

### *NOTE TO USERS OF THIS FORM*:

*1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.*
*2) The title of the judgment or order and all service information must be filled in by the party lodging the order.*
*3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.*
*4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.*

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING STIPULATED JUDGMENT RE: MOTION TO VALUE REAL PROPERTY** was entered on the date indicated as *"ENTERED"* on the first page of this judgment or order and will be served in the manner indicated below:

### I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- **Maria V. Primushko** prim_mar@yahoo.com
- **United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov
- **Chapter 13 Trustee (SV)** cacb_ecf_sv@ch13wla.com

__Service information continued on attached page

### II. SERVED BY THE COURT VIA U.S. MAIL:
A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
__Service information continued on attached page

### III. TO BE SERVED BY THE LODGING PARTY:
Within 72 hours after receipt of a copy of this judgment or order which bears an *"ENTERED"* stamp, the party lodging the judgment or order will serve a complete copy bearing an *"ENTERED"* stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
__Service information continued on attached page

---

4
**ORDER APPROVING STIPULATED JUDGMENT RE: MOTION TO VALUE REAL PROPERTY**